UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NICOLE WARNER | CASE NO: 13-1088-RNO |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 5/19/2017, I did cause a copy of the following documents, described below,

notice, motion, proposed order, exhibits A and B,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 5/19/2017

/s/ Dawn Cutaia
Dawn Cutaia  77965
Cutaia Law, LLC
115 E. Philadelphia Street
York, PA  17401
717 304 717 718 5199
cutaialaw@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NICOLE WARNER

CASE NO: 13-1088-RNO

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 5/19/2017, a copy of the following documents, described below,

notice, motion, proposed order, exhibits A and B,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/19/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Cutaia Law, LLC
Dawn Cutaia
115 E. Philadelphia Street
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1  LABEL MATRIX FOR LOCAL NOTICING
   03141
   CASE 1-13-BK-01088-RNO
   MIDDLE DISTRICT OF PENNSYLVANIA
   HARRISBURG
   FRI MAY 19 13-09-36 EDT 2017

2  ABILITY RECOVERY SERVI ORIGINAL
   CREDITO
   PO BOX 4031
   WYOMING PA 18644-0031

3  AMERICAN INFOSOURCE LP AS AGENT FOR
   DIRECTV LLC
   MAIL STATION N387
   2230 E IMPERIAL HWY
   EL SEGUNDO CA 90245-3504

4  AMERICAN INFOSOURCE LP AS AGENT FOR
   VERIZON
   PO BOX 248838
   OKLAHOMA CITY OK 73124-8838

5  ASSET ACCEPTANCE LLC
   PO BOX 2036
   WARREN MI 48090-2036

6  ASSET ACCEPTANCE LLC ORIGINAL
   CREDITOR
   PO BOX 1630
   WARREN MI 48090-1630

7  BANK OF AMERICA
   PO BOX 982238
   EL PASO TX 79998-2238

8  BB AND T
   PO BOX 1847
   WILSON NC 27894-1847

9  BERKS CREDIT  COLL ORIGINAL
   CREDITOR C
   900 CORPORATE DR
   READING PA 19605-3340

10  KIMBERLY A BONNER
    MANLEY DEAS KOCHALSKI LLC
    PO BOX 165028
    COLUMBUS OH 43216-5028

11  BRANCH BANKING  TRUST COMPANY
    CO KIMBERLY A BONNER ESQ
    PO BOX 650
    HERSHEY PA 17033-0650

12  CBE GROUP ORIGINAL CREDITOR
    DIRECTV QUA
    1309 TECHNOLOGY PKWY
    CEDAR FALLS IA 50613-6976

13  CHASE
    PO BOX 15298
    WILMINGTON DE 19850-5298

14  CITI
    PO BOX 6241
    SIOUX FALLS SD 57117-6241

15  CONEWAGO TOWNSHIP
    600 LOCUST POINT ROAD
    YORK PA 17406-6056

16  CREDIT BUREAU OF YORK
    33 S DUKE ST
    YORK PA 17401-1485

17  DAWN MARIE CUTAIA
    CUTAIA LAW LLC
    115 EAST PHILADELPHIA STREET
    YORK PA 17401-2437

18  CHARLES J DEHART III TRUSTEE
    8125 ADAMS DRIVE SUITE A
    HUMMELSTOWN PA 17036-8625

19  GECRBWALMART
    PO BOX 965024
    ORLANDO FL 32896-5024

20  JOSHUA I GOLDMAN
    KML LAW GROUP PC
    701 MARKET STREET
    SUITE 5000
    PHILADELPHIA PA 19106-1541

21  HSBCBSBUY
    PO BOX 5253
    CAROL STREAM IL 60197-5253

22  LVNV FUNDING LLC ITS SUCCESSORS
    AND ASSIGNS
    ASSIGNEE OF SOARING CAPITAL LLC
    RESURGENT CAPITAL SERVICES
    PO BOX 10587
    GREENVILLE SC 29603-0587

23  LVNV FUNDING LLC ORIGINAL CREDITOR
    ZS W
    PO BOX 740281
    HOUSTON TX 77274-0281

24  GREGORY R LYONS
    US DEPARTMENT OF JUSTICE
    OFFICE OF THE US TRUSTEE  ROOM 1190
    FEDERAL BUILDING 228 WALNUT STREET
    HARRISBURG PA 17101

25  MIDLAND FUNDING ORIGINAL CREDITOR
    VERIZ
    8875 AERO DR STE 200
    SAN DIEGO CA 92123-2255

26  MIDLAND FUNDING ORIGINAL CREDITOR
    WELLS
    8875 AERO DR STE 200
    SAN DIEGO CA 92123-2255

27  NATIONAL COLLEGIATE TRUST
    PO BOX 4941
    TRENTON NJ 08650-4941

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28  NATIONAL RECOVERY AGEN ORIGINAL     29  NCOFIN79                            30  NCOFIN79 ORIGINAL CREDITOR 07
CREDITO                                     POB 15943                               NATIONAL
 2491 PAXTON ST                             WILMINGTON DE 19850-5943                POB 15943
 HARRISBURG PA 17111-1036                                                           WILMINGTON DE 19850-5943


31  PYOD LLC ITS SUCCESSORS AND         32  PENN CREDIT CORPORATIO ORIGINAL     33  SENTRY CREDT
ASSIGNS AS ASSI                         CREDITO                                     2809 GRAND AVE
OF CITIBANK NA                           916 S 14TH ST                              EVERETT WA 98201-3417
RESURGENT CAPITAL SERVICES               HARRISBURG PA 17104-3425
PO BOX 19008
GREENVILLE SC 29602-9008


34  SENTRY CREDT ORIGINAL CREDITOR 07   35  THDCBNA                             36  UNITED STATES TRUSTEE
NATIO                                       PO BOX 6497                             228 WALNUT STREET SUITE 1190
 2809 GRAND AVE                             SIOUX FALLS SD 57117-6497               HARRISBURG PA 17101-1722
 EVERETT WA 98201-3417


                                        DEBTOR
37  JAMES WARMBRODT                     38  NICOLE WARNER                       39  WFF CARDS
 701 MARKET STREET SUITE 5000            1100 STONE GATE DRIVE                      3201 N 4TH AVE
 PHILADEPHIA PA 19106-1541               YORK PA 17406-6042                         SIOUX FALLS SD 57104-0700


40  WFFNATBANK                          41  YORK COUNTY TAX CLAIM               42  CONEWAGO TOWNSHIP
 PO BOX 94498                            28 E MARKET ST 105                         490 COPENHAFFER RD
 LAS VEGAS NV 89193-4498                 YORK PA 17401                              YORK PA 17404
```