IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:13-bk-01088- |
| | : | |
| NICOLE WARNER | : | RNO CHAPTER 13 |
|    Debtor | : | |
| | : | |
| NICOLE WARNER | : | |
|    Movant | : | |
| | : | MOTION TO SELL REAL ESTATE |
| v. | : | |
| CHARLES J DEHART III, ESQUIRE, TRUSTEE; Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-4 YORK COUNTY TAX CLAIM BUREAU CONEWAGO TOWNSHIP | | |
| Respondents | | |

**ORDER**

UPON consideration of the Motion for Approval of Sale, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore,

IT IS ORDERED AND DECREED that the delay in efficacy of the Order pursuant to the Motion be waived pursuant to Federal Rules of Bankruptcy Procedure Rule 6004(h), because time is of the essence; and

IT IS FURTHER ORDERED AND DECREED that the relief prayed for in the Motion for Approval of Sale is hereby granted.