

July 24, 2018

United States Bankruptcy Court
228 Walnut St #320
Harrisburg, PA 17101

RE: Nicole Warner
 Case No.: 1:13-bk-01088-RNO

Debtor Address Change

Dear Clerk:

Please update your file in reference to the above case with the debtor's new address effective July 24, 2018.

Her new address is:

1107 Fox Pointe Drive
Cheswick, PA 15204


Very truly yours,

Dawn Marie Cutaia

*115 E. Philadelphia Street, York, PA 17401 • Telephone: 717.718.5199 • Facsimile: 866.563.0854*
*Dawn M. Cutaia, Esquire • Carolyn J. Pugh, Esquire (Of Counsel)*
www.freshstartyork.com