```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 13-01088-RNO
Nicole Warner                                                       Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1           User: CGambini              Page 1 of 2              Date Rcvd: Sep 06, 2018
                               Form ID: 3180W              Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
```
db             +Nicole Warner,    1107 Fox Pointe Drive,    Cheswick, PA 15024-9443
4271863        +Ability Recovery Servi (Original Credito,    Po Box 4031,    Wyoming, PA 18644-0031
4403259        +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
4271869        +Cbe Group (Original Creditor:Directv Qua,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
4352157        +Conewago Township,    600 Locust Point Road,    York, PA 17406-6056
4271872        +Credit Bureau Of York,    33 S Duke St,    York, PA 17401-1485
4346403        +National Collegiate Trust,    Po Box 4941,    Trenton, NJ 08650-4941
4271878        +National Recovery Agen (Original Credito,    2491 Paxton St,    Harrisburg, PA 17111-1036
4271879        +Ncofin/79,    Pob 15943,    Wilmington, DE 19850-5943
4271880        +Ncofin/79 (Original Creditor:07 National,    Pob 15943,    Wilmington, DE 19850-5943
4271881        +Penn Credit Corporatio (Original Credito,    916 S 14th St,    Harrisburg, PA 17104-3425
4271883        +Sentry Credt (Original Creditor:07 Natio,    2809 Grand Ave,    Everett, WA 98201-3417
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: kab@jsdc.com Sep 06 2018 19:04:45      Branch Banking & Trust Company,
                 c/o Kimberly A. Bonner, Esq,    P.O. Box 650,    Hershey, PA 17033-0650
4361719         EDI: AIS.COM Sep 06 2018 23:08:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
4343338        +EDI: ACCE.COM Sep 06 2018 23:09:00      Asset Acceptance LLC,    PO Box 2036,
                 Warren MI 48090-2036
4271864        +EDI: ACCE.COM Sep 06 2018 23:09:00      Asset Acceptance Llc (Original Creditor:,    Po Box 1630,
                 Warren, MI 48090-1630
4271865         EDI: BANKAMER.COM Sep 06 2018 23:13:00      Bank Of America,    Po Box 982235,
                 El Paso, TX 79998
4271866         EDI: BANKAMER.COM Sep 06 2018 23:13:00      Bank Of America, N.A.,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410
4271867         E-mail/Text: bankruptcy@bbandt.com Sep 06 2018 19:04:46      Bb&T,    Po Box 1847,
                 Wilson, NC 27894
4271868        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 06 2018 19:10:15
                 Berks Credit & Coll (Original Creditor:C,    900 Corporate Dr,    Reading, PA 19605-3340
4271870        +EDI: CHASE.COM Sep 06 2018 23:13:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
4271871        +EDI: CITICORP.COM Sep 06 2018 23:13:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
4271873        +EDI: RMSC.COM Sep 06 2018 23:13:00      Gecrb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
4271874        +EDI: HFC.COM Sep 06 2018 23:13:00      Hsbc/Bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
4405126         EDI: RESURGENT.COM Sep 06 2018 23:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Soaring Capital, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4271875        +EDI: RESURGENT.COM Sep 06 2018 23:13:00      Lvnv Funding Llc (Original Creditor:Zs W,
                 Po Box 740281,    Houston, TX 77274-0281
4271876        +EDI: MID8.COM Sep 06 2018 23:09:00      Midland Funding (Original Creditor:Veriz,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
4271877        +EDI: MID8.COM Sep 06 2018 23:09:00      Midland Funding (Original Creditor:Wells,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
4340678        +EDI: RESURGENT.COM Sep 06 2018 23:13:00      PYOD, LLC its successors and assigns as assignee,
                 of Citibank, N.A.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
4271882        +E-mail/Text: compliance@sentrycredit.com Sep 06 2018 19:10:10      Sentry Credt,
                 2809 Grand Ave,    Everett, WA 98201-3417
4271884        +EDI: CITICORP.COM Sep 06 2018 23:13:00      Thd/Cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
4271885        +EDI: WFFC.COM Sep 06 2018 23:09:00      Wff Cards,    3201 N 4th Ave,
                 Sioux Falls, SD 57104-0700
4271886        +EDI: WFFC.COM Sep 06 2018 23:09:00      Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
                                                                                                TOTAL: 21

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Nicole  Warner dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Gregory R. Lyons    on behalf of Asst. U.S. Trustee    United States Trustee
           ustpregion03.ha.ecf@usdoj.gov
          James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
           behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates
           Series 2006-4 bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    Bank of America, National Association
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kimberly A Bonner    on behalf of Creditor    Branch Banking & Trust Company amps@manleydeas.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Nicole Warner** | Social Security number or ITIN **xxx−xx−2925** |
| | First Name    Middle Name    Last Name | EIN  _ _ − _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _ − _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:13−bk−01088−RNO** | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nicole Warner

**By the court:**    *Robt N. Opel II*

September 6, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: CGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                              **Chapter 13 Discharge**                              page 1

Case 1:13-bk-01088-RNO    Doc 84    Filed 09/08/18    Entered 09/09/18 00:42:42    Desc
Imaged Certificate of Notice    Page 3 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2