```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 13-01088-RNO
Nicole Warner                                                       Chapter 13
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: CGambini            Page 1 of 1           Date Rcvd: Nov 15, 2018
                               Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
db              +Nicole Warner,   1107 Fox Pointe Drive,   Cheswick, PA 15024-9443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Nicole  Warner dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Gregory R. Lyons    on behalf of Asst. U.S. Trustee    United States Trustee
               ustpregion03.ha.ecf@usdoj.gov
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
               behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates
               Series 2006-4 bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Bank of America, National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kimberly A Bonner    on behalf of Creditor    Branch Banking & Trust Company amps@manleydeas.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Nicole Warner,            Chapter     13

   **Debtor 1**

                                                     Case No.     1:13−bk−01088−RNO

Social Security No.:
                 xxx−xx−2925

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

                             **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 15, 2018                      By the Court,

                                                                Honorable Robert N. Opel, II
                                                                United States Bankruptcy Judge
                                                                By: CGambini, Deputy Clerk

**fnldec** (05/18)